■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOVA L. HARDY, Appellant. [821 NYS2d 498]—Motion to dismiss appeals granted and the matters are remitted to Supreme Court, Monroe County, to vacate the convictions and dismiss the indictments either sua sponte or on application of either the District Attorney or counsel for defendant (*see People v Matteson,* 75 NY2d 745 [1989]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Martoche, JJ.